# IN THE SUPREME COURT OF THE STATE OF NEVADA

WARREN MARKOWITZ, AN INDIVIDUAL; AND LARRY BRITZ, AN INDIVIDUAL,

         Appellants,

vs.

TYRONE P. DOLENDI, AN INDIVIDUAL,

         Respondent.

No. 74614

**FILED**

APR 0 9 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT

BY _____
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Rob Bare, District Judge
       Larry Britz
       Warren Markowitz
       Foley & Oakes, PC
       Eighth District Court Clerk

18-13430